UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 06-14067-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

            Plaintiff,

vs.

RICARDO PEREZ,

            Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 15,2006.  A Report and Recommendation was filed on November 30,2006, recommending that the Defendant's plea of guilty be accepted.  The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count One of the Superseding Information which charges the Defendant with False Statement in an Application for Passport in violation of Title 18,United States Code, Section 1542.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8 day of December, 2006.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

```
Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S.Probation
```